**FILED**
August 18, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE PEOPLE OF LA JUNTA FOR PRESERVATION, FAR FLUG OUTDOOR CENTER, ANDREW AUSTIN, and CHRISTINA HERNANDEZ,** | § | |
| **Plaintiffs,** | § | **NO. SA-26-CV-05245-OLG** |
| **v.** | § | |
| **DEPARTMENT OF HOMELAND SECURITY *et al.*,** | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order. (Dkt. No. 2.) Upon review, and based on the parties' responses to correspondence from the Court regarding scheduling, the Court **ORDERS** the following:

1. Defendants must respond to the Motion on or before **Monday, August 24, 2026, at 5:00 p.m.**

2. Plaintiffs may submit a reply in support of the Motion on or before **Wednesday, August 26, 2026, at 5:00 p.m.**

3. The Motion is set for an in-person evidentiary hearing on **Friday, August 28, 2026, at 9:30 a.m.** in Courtroom C on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on August 18, 2026.

ORLANDO L. GARCIA
United States District Judge