# Western District of Texas Counties by Division on International Border




Exhibit A