# Big Bend Sector




## LEGEND

County Boundaries
Sector Boundary

**If sheet measures less than 11x17" it is a reduced print. Reduce scale accordingly.*

1:5,493,663 1:5,493,663




**WARNING:** This document is **FOR OFFICIAL USE ONLY (FOUO)**. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Map Request 1259

August 19, 2026

Exhibit B