**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| People of the La Junta For Preservation, Far Flung Outdoor Center, Andrew Austin, and Christina Hernandez,<br><br>*Plaintiffs*,<br><br>v.<br><br>Department of Homeland Security, et al.,<br>*Defendants*. | Civil Action No. 5:26-CV-05245-OLG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Pamela I. Amaechi enters her appearance as counsel for Defendants in the above-captioned matter.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Pamela I. Amaechi*

PAMELA I. AMAECHI
D.C. Bar No. 1672958
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-5093
E-mail: pamela.i.amaechi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pamela I. Amaechi, hereby certify that on August 21, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ Pamela I. Amaechi*
PAMELA I. AMAECHI

*Counsel for Defendants*