**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| PEOPLE OF THE LA JUNTA FOR PRESERVATION, FAR FLUNG OUTDOOR CENTER, ANDREW AUSTIN, and CHRISTINA HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-05245-OLG |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Defendants' Opposition thereto, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED.

______________________________
Hon. Orlando L. Garcia
United States District Judge