**FILED**
August 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE PEOPLE OF LA JUNTA FOR PRESERVATION, FAR FLUG OUTDOOR CENTER, ANDREW AUSTIN, and CHRISTINA HERNANDEZ,** | § | |
| **Plaintiffs,** | § | **NO. SA-26-CV-05245-OLG** |
| **v.** | § | |
| **DEPARTMENT OF HOMELAND SECURITY *et al.*,** | § | |
| **Defendants.** | § | |

**ORDER**

This case is set for an evidentiary hearing on Friday, August 28, 2026, at 9:30 a.m. The Court has decided to permit remote access to these proceedings via Zoom for the limited purpose of allowing the media to remotely witness the proceedings in the courtroom. Those wishing to participate remotely may submit their request via email to Natasha Martinez, Judge Garcia's Courtroom Deputy. Instructions for how to participate will be forwarded by return email.

All counsel and members of the public are reminded that this is a formal proceeding and that they shall comport themselves in a manner consistent with proper courtroom decorum at all times as if they were present in the courtroom. The standing order of the San Antonio Division of the Western District of Texas on remote access to court proceedings remains in effect.[1] **Photography, recording, or streaming of this proceeding by any means is strictly prohibited.** Though this proceeding is open to the public, technological restraints require that members of the general public request access from the Courtroom Deputy to participate remotely. Those granted

[1] *See* Standing Order Regarding Telephone or Video Teleconference Hearings, available at: Standing-Order-Regarding-Telephone-or-Video-Teleconference-Hearings-for-the-San-Antonio-Division-071520.pdf.

approval to participate remotely must not forward the electronic link to non-participating colleagues or persons and must not post the link on any public forum. **As with all proceedings, violation of these instructions is subject to contempt proceedings.** Accordingly, participants must exercise proper courtroom decorum at all times.

It is so **ORDERED**.

**SIGNED** on August 24, 2026.

ORLANDO L. GARCIA
United States District Judge