UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF LA JUNTA FOR PRESERVATION, FAR FLUNG OUTDOOR CENTER, ANDREW AUSTIN, CHRISTINA HERNANDEZ | § § § § § | CIVIL NO: SA:26-CV-05245-OLG |
| vs. | | |
| DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, CUSTOMS AND BORDER PROTECTION (CBP), LLOYD M EASTERLING, DEPARTMENT OF THE INTERIOR, DOUG BURGUM, NATIONAL PARK SERVICE, RODNEY S. SCOTT | | |

# LIST OF WITNESSES

| FOR PLAINTIFF | | FOR DEFENDANT |
|---|---|---|
| 1. | Sheriff Thaddeus Cleveland | 1. |
| 2. | Billy Bartko | 2. |
| 3. | Christina Hernandez | 3. |
| 4. | David Keller | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |
| 13. | | 13. |

| | |
|---|---|
| 14. | 14. |
| 15. | 15. |