United States District Court
District Court
Exhibits Log: 5:26-cv-5245-OLG
The People of La Junta for Preservation et al v. Department of Homeland Security et al, 8/27/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-1 | June 9 Waiver | No | | |
| Pla-2 | May 15 Waiver | No | | |
| Pla-3 | CBP DHS Award Big Bend 2 | No | | |
| Pla-4 | Map Depicting June 9 Waiver endpoints | No | | |
| Pla-5 | Declaration of People of La Junta | No | | |
| Pla-6 | Certificate of Formation of People of La Junta | No | | |
| Pla-7 | IRS Determination Letter for People of La Junta | No | | |
| Pla-8 | Property Documents of People of La Junta | No | | |
| Pla-9 | Declaration of Christina Hernandez | No | | |
| Pla-10 | Declaration of Far Flung | No | | |
| Pla-11 | Declaration of Danny Dominguez | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-12 | Declaration of Ronny Dodoson | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-13 | Photograph of Aerial view staging area | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-14 | Photograph of Aerial view staging area | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-15 | Photograph of Aerial view staging area | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-16 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-17 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-18 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-19 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-20 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-21 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-22 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-23 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-24 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-25 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-26 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-27 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-28 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-29 | Photograph of Aerial View of Clearcut along Rio Grande | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-30 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-31 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-32 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-33 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-34 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-35 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-36 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-37 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-38 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-39 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-40 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-41 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-42 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-43 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-44 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-45 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-46 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-47 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-48 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-49 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-50 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-51 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-52 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-53 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-54 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-55 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-56 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-57 | Photograph of Beginning of Road Clearing near Santa Elena Canyon | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-58 | Photograph of Excavation of Mountainside | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-59 | Photograph of Excavation of Mountainside | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-60 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-61 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-62 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-63 | Photograph of Construction Workers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-64 | Photograph of Construction Workers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-65 | Photograph of Excavating of Road and Workers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-66 | Photograph of Excavating of Road and Workers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-67 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-68 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-69 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-70 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-71 | Photograph of Excavating of Road and Workers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-72 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-73 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-74 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-75 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-76 | Photograph of Clearcut of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-77 | Photograph of Clearcut of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-78 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-79 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-80 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-81 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-82 | Photograph of Soil and Machinery | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-83 | Photograph of Excavating of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-84 | Photograph of Survey Marker | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-85 | Photograph of Bulldozer and Javelina | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-86 | Photograph of Excavation of Road with markers | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-87 | Photograph of Crawler Bulldozer with restricted barrier | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-88 | Photograph of Crawler Bulldozer with Restricted barrier | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-89 | Photograph of Clearcut of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-90 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-91 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-92 | Photograph of Clearcutting of Road in black and white | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-93 | Photograph of Clearcutting of Road | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-94 | Video of CBP Compilation BBNP | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-95 | Video of Worker Describing Work Being Done | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-96 | Big Bend Border Apprehensions FS2025 | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Pla-97 | JERS Orders Exhibits List | No | 8/27/2026 1:03 PM | 8/27/2026 1:03 PM |
| Def-1-A | Map of Big Bend 4 Project Area | No | | |
| Def-1-B | Photo of Vehicle Barrier System | No | | |
| Def-1-C | Map of Big Bend 2 Project Area | No | | |
| Def-1-D | Contract 4 Attachment B BMP | No | | |
| Def-1-E | Contract 2 Attachment B BMP | No | | |