**FILED**
August 31, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **THE PEOPLE OF LA JUNTA FOR PRESERVATION, FAR FLUNG OUTDOOR CENTER, ANDREW AUSTIN, and CHRISTINA HERNANDEZ,** | § | |
| **Plaintiffs,** | § | **NO. SA-26-CV-05245-OLG** |
| **v.** | § | |
| **DEPARTMENT OF HOMELAND SECURITY *et al.*,** | § | |
| **Defendants.** | § | |

**ADVISORY**

It has come to the Court's attention that an unpaid judicial intern—unaffiliated with this chamber, case, or any cases pending before the undersigned—signaled her sympathy for the Plaintiffs in this case via a social media post on August 28, 2026. The Court immediately ascertained whom the intern works for and notified the judge, who has or will take necessary measures to address this matter. It goes without saying that the statements she made in that post are neither representative of the Court's assessment of the law or facts in this case nor indicative of the ultimate outcome of this case. Again, this intern is in no way affiliated with the undersigned or his chambers. As such, recusal would be unnecessary. The Court simply issues this advisory to alert the parties that this matter is being addressed.

It is so **ORDERED**.

**SIGNED** on August 31, 2026.

ORLANDO L. GARCIA
United States District Judge