**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| The People of La Junta for Preservation; Far Flung Outdoor Center; Andrew Austin; and, Christina Hernandez, | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 26-5245-OLG |
| Department of Homeland Security; Markwayne Mullin, in his official capacity as the Secretary of the United States Department of Homeland Security; Customs and Border Protection; Rodney S. Scott, in his official capacity as the Commissioner of United States Customs and Border Protection; Lloyd M. Easterling, in his official capacity as the Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; Department of the Interior; Doug Burgum, in his official capacity as the Secretary of the Interior; and National Park Service, | § | |
| *Defendants.* | § | |

**PLAINTIFFS' OPPOSED MOTION FOR STATUS HEARING**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs respectfully request that the Court set this matter for a status hearing at the Court's earliest convenience. Defendants oppose the requested relief.

1. This case concerns ongoing federal construction activities along the Rio Grande in and around the Big Bend region, including construction challenged by Plaintiffs in their pending request for preliminary injunctive relief.
2. The circumstances giving rise to Plaintiffs' request for emergency relief remain ongoing and continue to develop. There is some evidence that construction activity has proceeded

while this case has been pending, and the passage of time therefore bears directly upon the practical posture of the case and the relief presently available to the Court.

3. The parties have briefed Plaintiffs' request for preliminary relief, and Plaintiffs believe a brief status conference would assist the Court and the parties in determining the appropriate next steps in this litigation.
4. Among other matters, a status hearing would permit the parties to advise the Court regarding the present status and location of construction activities, any material developments since the parties' emergency-relief briefing, the anticipated course of construction, and the scheduling or evidentiary issues associated with Plaintiffs' request for preliminary injunctive relief.
5. Plaintiffs do not seek through this Motion to supplement or reargue the merits of their pending request for relief. Rather, because the challenged activity is likely continuing or will continue and conditions on the ground may change while the matter remains pending, Plaintiffs respectfully submit that an on-the-record status hearing would allow the Court to obtain current information directly from the parties and determine how this matter should proceed.
6. A status hearing would also provide an efficient means of addressing any questions the Court may have concerning the scope of Plaintiffs' requested relief, the geographic areas implicated by the challenged construction, the need for testimony or additional evidence, and an appropriate schedule for further proceedings.
7. Plaintiffs are prepared to appear promptly and will accommodate the Court's schedule.

## Prayer

For these reasons, Plaintiffs respectfully request that the Court set this matter for a status hearing next week at the Court's earliest convenience and grant Plaintiffs such other and further relief to which they may be entitled.

**DATE**: September 28, 2026

Respectfully submitted,

*/s/ Roland Gutierrez*
Roland Gutierrez
The Law Office of Roland Gutierrez
SBN #: 24007291
104 Babcock Ste. 107
San Antonio, Texas 78201
(210) 225-7114

Martin Golando
State Bar No. 24059153
The Law Office of
Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
Martin.Golando@gmail.com
210.471.1185

Dick DeGuerin
DeGuerin and Dickson
1018 Preston
Houston, Texas, 77002
SBN #: 05638000
713-223-5959

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Martin Golando*
Martin Golando

## CERTIFICATE OF CONFERENCE

I certify that on September 28, 2026, counsel for Defendants communicated that the Defendants oppose the setting of a status hearing regarding the relief requested herein.

*/s/ Martin Golando*
Martin Golando