**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| The People of La Junta for Preservation; Far Flung Outdoor Center; Andrew Austin; and, Christina Hernandez, | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 26-5245-OLG |
| Department of Homeland Security; Markwayne Mullin, in his official capacity as the Secretary of the United States Department of Homeland Security; Customs and Border Protection; Rodney S. Scott, in his official capacity as the Commissioner of United States Customs and Border Protection; Lloyd M. Easterling, in his official capacity as the Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; Department of the Interior; Doug Burgum, in his official capacity as the Secretary of the Interior; and National Park Service, | § | |
| *Defendants.* | § | |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Opposed Motion for Status Hearing. After considering the Motion, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion for Status Hearing is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall appear for a status hearing on ____________________, 2026, at ______ __.m., before the Honorable ______________________________, United States District Judge, in Courtroom ______ of the United States Courthouse, ______________________________.

At the hearing, the parties should be prepared to address the present status of the challenged construction activities, the status of Plaintiffs' pending request for preliminary injunctive relief, and any scheduling, evidentiary, or other matters necessary for the orderly disposition of this case.

SIGNED this _____ day of ____________________, 2026.

______________________________

UNITED STATES DISTRICT JUDGE