# EXHIBIT 2

**From:** Amaechi, Pamela I (CIV)
**To:** "Dick Deguerin"; [redacted]; [redacted]
**Cc:** [redacted]; Warden, Andrew (CIV); Callahan, Kristy (USATXW); Wigington, Kyle (USATXW)
**Subject:** RE: [EXTERNAL] Re: La Junta v. DHS - Big Bend Consultation Session
**Date:** Saturday, September 19, 2026 12:12:00 PM
**Attachments:** 10-1-A - Exhibit.pdf
10-1-C - Exhibit.pdf

---

Hi Dick, Roland –

Thank you for meeting with us by videoconference today regarding plans for the projects commonly referred to as the Big Bend Project 2 and Big Bend Project 4. See attached maps.

Big Bend 2 is generally located in Presidio County and owned by private individuals. The plan for Big Bend 2 is a 30-foot-high barrier in most locations subject to reasonable accommodations that can be made for landowners after discussion. At this time, we have no specifics about where your clients might own potential construction-related tracts. As we requested in today's meeting, if you provide us with more specific location information to aid us in addressing your specific landowner concerns, we would be happy to consider it.

Big Bend 4 is generally located within Big Bend National Park. Currently, CBP and its contractors are working to finalize designs for strategic vehicle barriers within BBNP. Once federal officials with final decision-making authority have approved the design and authorized release, we intend to share it with you for additional engagement. We are hopeful that might occur within the next couple of weeks.

We expect to connect with CBP early next week to get a further sense of progress on design plans. In the meantime, AUSA Callahan will be in Alpine on September 27-30 and has indicated her willingness to meet with you to further view the areas you wish to contest and engage affected landowners. Please reach out to her directly to arrange this. If you instead prefer to meet next week remotely via videoconference, let us know.

Thanks,
Pam

**Pamela I. Amaechi | Trial Attorney**
Civil Division | Federal Programs Branch
U.S. Department of Justice
Phone: [redacted]
Email: [redacted]

**From:** Dick Deguerin [redacted]>
**Sent:** Friday, September 18, 2026 1:45 PM
**To:** Amaechi, Pamela I (CIV) [redacted]
**Cc:** [redacted]; [redacted]; [redacted]; Warden, Andrew (CIV) [redacted]; Callahan, Kristy (USATXW) [redacted]; Barragan, Kathryn E (CIV) [redacted]; Wigington, Kyle (USATXW) [redacted]; [redacted]; [redacted]; [redacted]; [redacted]
**Subject:** [EXTERNAL] Re: La Junta v. DHS - Big Bend Consultation Session

We got disconnected because of a WiFi problem. I suggest we reconvene next week, exact time your choice. Roland and I can make ourselves available at just about any time. We need to know what is planned. Thanks.

DeG
Sent from my iPad
Dick DeGuerin
DeGuerin and Dickson
[redacted]
Board Certified in Criminal Law, Texas Board of Legal Specialization
Fellow, American College of Trial Lawyers
Fellow, American Board of Criminal Lawyers
Charter Member, NACDL, TCDLA, HCCLA
Member, American Board of Trial Advocates, Texas Chapter
Rated “AV Preeminent” by Martindale-Hubble since 1980
Listed in “Best Lawyers in America” since 1983
Adjunct Professor, University of Texas School of Law since 1994
Lifetime Director, 100 Club of Houston
Member, Philosophical Society of Texas

On Sep 15, 2026, at 12:29 PM, Amaechi, Pamela I (CIV)
<[redacted]> wrote:

This meeting will allow Plaintiffs in *La Junta v. DHS* to discuss the proposed projects in and around Big Bend National Park with Customs and Border Patrol officials.

- - -

---

## Microsoft Teams meeting

**Join:** https://gov.teams.microsoft.us/meet/992682395238?p=980kjqb5ynxVy8WYTd

Meeting ID: 992 682 395 238

Passcode: p8d3up9A

---

Need help? | System reference

### Dial in by phone

+1 202-235-7900,,639338371# United States, Washington

Find a local number

Phone conference ID: 639 338 371#

For organizers: Meeting options | Reset dial-in PIN

---

**Instructions**: You can join a Microsoft Teams meeting directly in your web browser **without** installing the app:

1. Open your email invitation or calendar event.
2. Click the link that says **Join the meeting now** or **Join Microsoft Teams Meeting**.
3. Your web browser will open a new page with options.
4. Select **Continue on this browser** or **Join on the web instead** (do not select the option to download or open the app).
5. Allow your browser to use your microphone and camera when the pop-up message appears.

<mime-attachment.ics>