**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

PEOPLE OF THE LA JUNTA FOR PRESERVATION, FAR FLUNG OUTDOOR CENTER, ANDREW AUSTIN, and CHRISTINA HERNANDEZ,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 5:26-cv-05245-OLG

**CERTIFICATE OF CONFERENCE FOR MOTION TO DISMISS**

In accordance with Section I of this Court's Standing Order in Civil Cases, I hereby certify that Defendants complied with the conferral process outlined in the Court's Order before filing Defendants' motion to dismiss. On October 16, 2026, Defendants sent a notification letter to Plaintiffs advising them of the deficiencies in their Complaint. *See* Motion to Dismiss, Ex. 1. Plaintiffs did not respond to the letter. Plaintiffs also did not file an advisory with the Court indicating their intent to amend the Complaint or move to timely amend the Complaint.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Assistant Branch Director
PAMELA I. AMAECHI
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-5084
E-mail: andrew.warden@usdoj.gov

*Counsel for Defendants*